IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

05-100M

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 5:03-CR-27-WDO |
| v. | : |
| | : VIOLATION: 21 U.S.C. § 846 |
| WILLIE GEORGE JORDAN | :    21 U.S.C. § 841(a)(1) |
| JEROME KEMP, | :    21 U.S.C.§ 841(b)(1)(A)(iii) |
| RAYMOND RASHAD HUBBARD, | :    21 U.S.C.§ 853 |
| KEN HEAD, | :    18 U.S.C. § 2 |
| HUBERT HARAZ DINKINS, | : |
| RAS ROBINSON, | : |
| WILLIAMS PHILLIPS WATERS, | : REDACTED |
| SAMMIE LEE WILLIAMS, JR., | : |
| CURTIS LEE MACE, and | : |
| BOBBY LANE | : |

THE GRAND JURY CHARGES:

COUNT ONE

That from on or about January 1, 1999, and continuing until the return of the grand jury, in the Macon Division of the Middle District of Georgia,

WILLIE GEORGE JORDAN
JEROME KEMP,
RAYMOND RASHAD HUBBARD,
KEN HEAD,
HUBERT HARAZ DINKINS,
RAS ROBINSON,
WILLIE GEORGE WATERS,
SAMMIE LEE WILLIAMS, JR.
CURTIS MACE, and
BOBBY LANE

did unlawfully and willfully conspire with the one another and other person, both known and unknown to the Grand Jury, knowingly and intentionally to possess with the intend to distribute a schedule II controlled substance, to-wit: more than fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base also known as crack

cocaine; in violation of Title 21, United States Code, Section 846 i/c/w 21 U.S.C. Sections 841(a)(1) and Section 841(b)(1)(A)(iii).

## COUNT TWO

## FORFEITURE ALLEGATION

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference into this count for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 21, United States Code Section 853.

2. As a result of commission of the aforesaid violations of Title 21, United States Code Section 853 Section 846 in connection with Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, which are punishable by imprisonment for more than one (1) year, the Defendant **WILLIE GEORGE JORDAN and JERMONE KEMP** shall forfeit to the United States all of their interest in any and all property constituting and derived from any proceeds the Defendants obtained, directly and indirectly as a result of such violations and any and all property, real or personal used or intended to be used in any manner or part to commit and to facillate the commission of the aforesaid violation.

3. If the property subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to a third person;

(c) has been placed beyond the jurisdiction of the court; or

(d) has been substantially diminished in value;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

All as provided in Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

_____
CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. |
| v. | : |
| | : VIOLATION: 21 U.S.C. § 846 |
| WILLIE GEORGE JORDAN | :               21 U.S.C. § 841(a)(1) |
| JEROME KEMP, | :               21 U.S.C.§ 841(b)(1)(A)(iii) |
| RAYMOND RASHAD HUBBARD, | :               21 U.S.C.§ 853 |
| KEN HEAD, | :               18 U.S.C. § 2 |
| HUBERT HARAZ DINKINS, | : |
| RAS ROBINSON, | : |
| WILLIAMS PHILLIPS WATERS, | : |
| SAMMIE LEE WILLIAMS, JR., | : |
| CURTIS LEE MACE, and | : |
| BOBBY LANE | : |
| | : |

THE GRAND JURY CHARGES:


### P L E A

I, JEROME KEMP, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead _____ this _____ day of _____, 2003.

_____
JEROME KEMP - DEFENDANT


_____
ATTORNEY FOR DEFENDANT


_____
ASSISTANT UNITED STATES ATTORNEY

No. _____

| UNITED STATES DISTRICT COURT |
| Middle District of Georgia |
| Macon Division |

THE UNITED STATES OF AMERICA

vs.

WILLIE GEORGE JORDAN,
JEROME KEMP,
RAYMOND RASHAD HUBBARD,
KEN HEAD,
HUBERT HARAZ DINKINS,
RAS ROBINSON,
WILLIE GEORGE WATERS,
SAMMIE LEE WILLIAMS, JR.
CURTIS MACE, and
BOBBY LANE

# INDICTMENT

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(iii)
21 U.S.C. § 853
18 U.S.C. § 2

*A true bill.*

_____ *Foreperson*

*Filed in open court this* 2nd *day of* April *A.D. 20* 03

_____ *Clerk*

*Bail, $* _____