*FILED in OPEN COURT 7/19/05 KJK*

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    Plaintiff, )<br><br>   vs. )<br><br>**JEROME KEMP** )<br><br>    Defendant. ) | CASE NO. **05-100M** |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **19ᵀᴴ** day of **JULY** , 2005,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

              _Sue L. Robinson_

              **Honorable Sue L. Robinson**
              **United States District Judge**

cc: Federal Public Defender
  704 King Street
  First Federal Plaza, Suite 110
  Wilmington, DE 19801
  (302) 573-6010
  Defendant
  United States Attorney