UNITED STATES DISTRICT COURT
DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

v

__JEROME KEMP__
Defendant

ORDER OF TEMPORARY DETENTION
PENDING IDENTITY HEARING PURSUANT
TO FED.R. CRIM.P. 40(e)

Case Number: __05-100M__

Pursuant to Fed. R. Crim. P. 40(e), it is ORDERED that an identity hearing is set for __TBD__ at __TBD__

before __TBD__
Name of Judicial Officer

__COURTROOM TBD, BOGGS FED. BLDG., 844 KING ST., WILM., DE.__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal)(_____) and produced for the hearing.
Other Custodial Official

Date: __7/19/05__                    __[signature]__
                                       Judicial Officer