AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

### DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| JEROME KEMP | |
| | CASE NUMBER: |

The defendant is charged with a violation of __21__ U.S.C. __846__ alleged to have been committed in the __MIDDLE__ District of __GEORGIA__.

Brief Description of Charge(s):

CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF COCAINE BASE.

FILED
JUL 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

Date: July 23, 2005

Judicial Officer: [signature] Joseph J. Farnan

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |