OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

RECEIVED
CLERK'S OFFICE

2005 AUG -1 AM 8: 48

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

July 25, 2005

William A. Bootle
Federal Building and U.S. Courthouse
P.O. Box 128
475 Mulberry Street
Macon, GA 31202

2005 AUG -5 PM 2: 46
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: USA v. Kemp
Case Number: 05-100M MPT
Charging District Case Number: 03cr27 WDD

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Evette Watson

E. Evette Watson
Deputy Clerk

eew
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____8/1/05_____
(date)

_____
Signature

_____
Title